**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Northern District of Illinois

Case number (*If known*): *16 - 22025*

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**FILED**

UNITED STATES BANKRUPTCY COURT
. NORTHERN DISTRICT OF ILLINOIS

JUL 08 2016

JEFFREY P. ALLSTEADT, CLERK

☐ Check if this is an
amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | Frances ~~Cox~~ <br> First name <br><br> Cecilia <br> Middle name <br><br> Cox <br> Last name <br><br> Suffix (Sr., Jr., II, III) | NA <br> First name <br><br> Middle name <br><br> Last name <br><br> Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** <br><br> Include your married or maiden names. | Frances <br> First name <br><br> Middle name <br><br> Perez <br> Last name <br><br> First name <br><br> Middle name <br><br> Last name | NA <br> First name <br><br> Middle name <br><br> Last name <br><br> First name <br><br> Middle name <br><br> Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 2 3 8 7 <br> OR <br> 9 xx – xx – _ _ _ _ | NA xxx – xx – _ _ _ _ <br> OR <br> 9 xx – xx – _ _ _ _ |

Debtor 1   _Frances Cecilia Cox_
           First Name   Middle Name   Last Name

Case number *(if known)*_____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ☒ I have not used any business names or EINs. | *NA*<br>☐ I have not used any business names or EINs. |
| | Business name _____ | Business name _____ |
| | Business name _____ | Business name _____ |
| | EIN __ __ — __ __ __ __ __ __ __ | EIN __ __ — __ __ __ __ __ __ __ |
| | EIN __ __ — __ __ __ __ __ __ __ | EIN __ __ — __ __ __ __ __ __ __ |

**5. Where you live**

_1843 N McVicker_
Number    Street

*If Debtor 2 lives at a different address:*

*NA*
Number    Street

_Chicago_          _Il_  _60639_
City                State  ZIP Code

_Cook_
County

City                State  ZIP Code

County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

*NA*
Number    Street

P.O. Box

City                State  ZIP Code

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.

*NA*
Number    Street

P.O. Box

City                State  ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

Check one:

☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)
_____
_____
_____
_____

Check one:  *NA*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)
_____
_____
_____
_____

Debtor 1  _Frances_ _Cox_ _Cecilia COX_                                     Case number *(if known)*_____
          First Name    Middle Name    Last Name

---

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☒ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☒ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☒ No
☐ Yes.  District _____ When _____ Case number _____
                              MM / DD / YYYY

       District _____ When _____ Case number _____
                              MM / DD / YYYY

       District _____ When _____ Case number _____
                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☒ No
☐ Yes.  Debtor _____ Relationship to you _____
        District _____ When _____ Case number, if known _____
                              MM / DD / YYYY

        Debtor _____ Relationship to you _____
        District _____ When _____ Case number, if known _____
                              MM / DD / YYYY

**11. Do you rent your residence?**

☒ No.  Go to line 12.
☐ Yes.  Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

        ☐ No. Go to line 12.

        ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

Debtor 1  *Frances Cecilia Cox*
    First Name    Middle Name    Last Name

Case number *(if known)*_____

---

### Part 3:  Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☒ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number    Street

_____

_____
City                                    State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☒ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

### Part 4:  Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No

☐ Yes. What is the hazard? _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property? _____
Number        Street

_____

_____
City                                    State        ZIP Code

Debtor 1    *Frances Cecilia Cox*

First Name   Middle Name   Last Name

Case number *(if known)*_____

## Part 5:   Explain Your Efforts to Receive a Briefing About Credit Counseling

15. **Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.



*NA*

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*   *NA*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    Frances Cecilia COX
            First Name    Middle Name    Last Name

Case number *(if known)*_____

---

**Part 6:    Answer These Questions for Reporting Purposes**

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."*

☐ No. Go to line 16b.
☒ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.*

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No.   I am not filing under Chapter 7. Go to line 18.
☒ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☒ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☒ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☒ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**Part 7:    Sign Below**

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ *Frances Cox*                              ✗ *N A*
Signature of Debtor 1                        Signature of Debtor 2

Executed on  7/8/2016                        Executed on _____
             MM / DD / YYYY                               MM / DD / YYYY

---

Debtor 1 _Frances Cecilia Cox_

First Name   Middle Name   Last Name

Case number (if known) _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

NA

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✗ _____   Date _____

Signature of Attorney for Debtor                              MM  /  DD / YYYY

_____
Printed name

_____
Firm name

_____
Number    Street

_____

_____
City                                    State      ZIP Code

Contact phone _____   Email address _____

_____
Bar number                              State

Debtor 1 _Frances Cecilia Cox_

First Name    Middle Name    Last Name

Case number *(if known)* _____

---

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☒ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☒ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

☒ No
☐ Yes. Name of Person _____
       Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

✗ _Frances Cox_                                     ✗ _NA_
Signature of Debtor 1                                Signature of Debtor 2

Date _7/8/2016_                                      Date _____
     MM / DD / YYYY                                       MM / DD / YYYY

Contact phone _312 636 7333_                         Contact phone _____

Cell phone _____                               Cell phone _____

Email address _Frances.C.Cox@gmail.com_              Email address _____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re:                                    }
                                          }
                                          }
                                          }          Case No.
         Debtor (s)                       }
                                          }          Chapter
                                          }
                                          }

List of Creditors

|  |  |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

B6E (Official Form 6E) (04/13) – Cont.

In re  FRANCES C. COX _____,   Case No. _15 - 17215_____
  *Debtor*                                          *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

DOMESTIC SUPPORT OBLIGATIONS                    **Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>IL DEPT OF HEALTH AND FAMILY SERVICES 509 S. SIXTH STREET, SPRINGFIELD, IL 62701 | | | 01/2010 - 05/2015<br><br>N.A. PEREZ CHILD SUPPOR | | | | 5,189.00 | 5,189.00 | 0.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. _1_ of __8__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotals► (Totals of this page) | $ 5,189.00 | $ 5,189.00 | 0.00 |
|---|---|---|---|---|
| | Total► (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Totals► (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B6E (Official Form 6E) (04/13)

In re ___FRANCES C. COX___,                                    Case No. ___15 - 17215___
_____Debtor_____                                                    _(if known)_

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."        If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☑ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☑ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

B6E (Official Form 6E) (04/13) – Cont.

In re   FRANCES C. COX               ,      Case No.   15 - 17215
               *Debtor*                                          *(if known)*

☐ **Certain farmers and fishermen**

  Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

  Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

  *\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                                 8   continuation sheets attached

B6E (OFFICIAL FORM 6E) (04/13) – CONT.

IN RE: FRANCES C. COX, DEBTOR          CASE NUMBER: 15 – 17215

# SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (CONTINUATION SHEET)

EXTENSIONS OF CREDIT IN AN INVOLUNTARY CASE – TYPE OF PRIORITY CLAIMS LISTED ON THIS SHEET

| CREDITOR'S NAME, MAILING ADDRESS, INCLUDING ZIPCODE, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.: CAPITAL ONE P.O. BOX 30253 SALT LAKE CITY, UT 84130 - 0253 | | | 06/16/2010 - 12/10/2010 HOUSEHOLD GOODS, CLEANING PRODUCTS, PAID OTHER BILLS | | | | 523.00 | 523.00 | 0.00 |
| ACCOUNT NO.: CAPITAL ONE BANK USA P.O. BOX 30281 SALT LAKE CITY, UT 84130 | | | 05/20/2010 - 11/05/2010 HOUSEHOLD GOODS, CLEANING PRODUCTS, PAID OTHER BILLS | | | | 1033.00 | 1033.00 | 0.00 |
| ACCOUNT NO.: ORIGINAL CREDITOR – CAPITAL ONE BANK USA PORTFOLIO RECOVERY 120 CORPORATE BLVD NORFOLK, VA 23502 | | | 02/25/2014 HOUSEHOLD GOODS, CLEANING PRODUCTS, PAID OTHER BILLS | | | | 1130.00 | 1130.00 | 0.00 |

1

B6E (OFFICIAL FORM 6E) (04/13) – CONT.

IN RE: FRANCES C. COX, DEBTOR          CASE NUMBER: 15 – 17215

# SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (CONTINUATION SHEET)

EXTENSIONS OF CREDIT IN AN INVOLUNTARY CASE – TYPE OF PRIORITY CLAIMS LISTED ON THIS SHEET

| Creditor | Date / Type | | | |
|---|---|---|---|---|
| ACCOUNT NO.:<br>CAPITAL ONE BANK USA<br>P.O. BOX 30281<br>SALT LAKE CITY, UT 84130 | 03/04/2008 -<br>10/28/2010<br>HOUSEHOLD<br>GOODS, CLEANING<br>PRODUCTS, PAID<br>OTHER BILLS | | 1491.00 | 1491.00 | 0.00 |
| ACCOUNT NO.: ORIGINAL CREDITOR –<br>CAPITAL ONE BANK<br>PORTFOLIO RECOVERY<br>120 CORPORATE BLVD<br>NORFOLK, VA 23502 | 11/25/2013<br>HOUSEHOLD<br>GOODS, CLEANING<br>PRODUCTS, PAID<br>OTHER BILLS | | 1639.00 | 1639.00 | 0.00 |
| ACCOUNT NO.:<br>CREDIT ONE BANK<br>P.O. BOX 98872<br>LAS VEGAS, NV 89193 - 8872 | 03/26/2007 –<br>11/18/2010<br>HOUSEHOLD<br>GOODS, CLEANING<br>PRODUCTS, PAID<br>OTHER BILLS | | 1231.00 | 1231.00 | 0.00 |
| ACCOUNT NO.:<br>HSBC BANK<br>P.O. BOX 9<br>BUFFALO, NY 14240 | 11/28/2009 –<br>11/19/2010<br>HOUSEHOLD<br>GOODS, CLEANING<br>PRODUCTS, PAID<br>OTHER BILLS | | 399.00 | 399.00 | 0.00 |
| ACCOUNT NO.: ORIGINAL CREDITOR – HSBC<br>BANK<br>PORTFOLIO RECOVERY<br>120 CORPORATE BLVD<br>NORFOLK, VA 23502 | 11/19/2012<br>HOUSEHOLD<br>GOODS, CLEANING<br>PRODUCTS, PAID<br>OTHER BILLS | | 537.00 | 537.00 | 0.00 |

2

B6E (OFFICIAL FORM 6E) (04/13) – CONT.

IN RE: FRANCES C. COX, DEBTOR                    CASE NUMBER: 15 – 17215

## SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (CONTINUATION SHEET)

EXTENSIONS OF CREDIT IN AN INVOLUNTARY CASE – TYPE OF PRIORITY CLAIMS LISTED ON THIS SHEET

| | | | | | |
|---|---|---|---|---|---|
| ACCOUNT NO.: ORIGINAL CREDITOR – HSBC BANK<br>MIDLAND FUNDING LLC<br>8875 AERO DR., SUITE 200<br>SAN DIEGO, CA 92123 | | 07/22/2011<br>HOUSEHOLD<br>GOODS, CLEANING<br>PRODUCTS, PAID<br>OTHER BILLS | | 487.00 | 487.00 | 0.00 |
| ACCOUNT NO.:<br>PEOPLES ENERGY<br>200 EAST RANDOLPH<br>CHICAGO, IL 60601 | | 11/17/2009 –<br>04/13/2010<br>HOME MEATING<br>SERVICES | | 128.00 | 128.00 | 0.00 |
| ACCOUNT NO.:<br>PEOPLES ENERGY<br>200 EAST RANDOLPH<br>CHICAGO, IL 60601 | | 01/16/2007 –<br>11/12/2009<br>HOME HEATING<br>SERVICES | | 255.00 | 255.00 | 0.00 |
| ACCOUNT NO.:<br>TNT – TARGET<br>P.O. BOX 673<br>MINNEAPOLIS, MN 55440 - 0673 | | 11/22/2008 –<br>11/18/2010<br>HOUSEHOLD<br>GOODS, CLEANING<br>PRODUCTS | | 470.00 | 470.00 | 0.00 |
| ACCOUNT NO.: ORIGINAL CREDITOR –<br>TARGET NATIONAL BANK<br>MIDLAND FUNDING LLC<br>8875 AERO DR., SUITE 200<br>SAN DIEGO, CA 92123 | | 01/23/2013<br>HOUSEHOLD<br>GOODS, CLEANING<br>PRODUCTS | | 553.00 | 553.00 | 0.00 |
| ACCOUNT NO.: ORIGINAL CREDITOR - COMED<br>CONTRACT CALLERS INC<br>501 GREENE STREET, 3RD FLR, SUITE 302<br>AUGUSTA, GA 30901 | | 07/19/2011 –<br>HOME ELETRICITY<br>SERVICES | | 153.00 | 153.00 | 0.00 |

3

B6E (OFFICIAL FORM 6E) (04/13) – CONT.

IN RE: FRANCES C. COX, DEBTOR                CASE NUMBER: 15 – 17215

# SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (CONTINUATION SHEET)

EXTENSIONS OF CREDIT IN AN INVOLUNTARY CASE – TYPE OF PRIORITY CLAIMS LISTED ON THIS SHEET

| | | | | | | |
|---|---|---|---|---|---|---|
| ACCOUNT NO.: ORIGINAL CREDITOR – AT&T<br>ENHANCED RECOVERY COMPANY<br>P.O. BOX 57547<br>JACKSONVILLE, FL 32241 | | 12/05/2013 –<br>HOME PHONE<br>SERVICES | | | 68.00 | 68.00 | 0.00 |
| ACCOUNT NO.:<br>CHASE BANK<br>NATIONAL PAYMENT SERVICES<br>P.O. BOX 182223<br>COLUMBUS, OH 43218 | | 05/2005 – 03/2013<br>BANKING SERVICES | | | 417.85 | 417.85 | 0.00 |
| ACCOUNT NO.:<br>UNIVERSITY OF CALIFORNIA, BERKELEY<br>BILLING AND PAYMENT SERVICES, NO. 1111<br>140 UNIVERSITY HALL<br>BERKELEY, CA 94720 | | 08/14/2012 –<br>12/14/2012<br>EDUCATIONAL<br>SERVICES | | | 6077.00 | 6077.00 | 0.00 |
| ACCOUNT NO.:<br>AT&T MOBILITY<br>P.O. BOX 6416<br>CAROL STREAM, IL 60197 | | 05/2011 – 04/2013<br>CELLULAR PHONE<br>SERVICE | | | 305.45 | 305.45 | 0.00 |
| ACCOUNT NO.:<br>COLUMBIA COLLEGE<br>STUDENT FINANCIAL SERVICES<br>600 SOUTH MICHIGAN<br>CHICAGO, IL 60605 | | 08/1997 – 04/1998<br>EDUCATIONAL<br>SERVICES | | | 4801.00 | 4801.00 | 0.00 |

4

B6E (OFFICIAL FORM 6E) (04/13) – CONT.

IN RE: FRANCES C. COX, DEBTOR          CASE NUMBER: 15 – 17215

# SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (CONTINUATION SHEET)

EXTENSIONS OF CREDIT IN AN INVOLUNTARY CASE – TYPE OF PRIORITY CLAIMS LISTED ON THIS SHEET

| | | | | | |
|---|---|---|---|---|---|
| ACCOUNT NO.::<br>LOYOLA UNIVERSITY<br>FINANCIAL SERVICES<br>1032 WEST SHERIDAN RD<br>CHICAGO, IL 60660 | | | 08/1993 – 06/1994<br>EDUCATIONAL<br>SERVICES | 5874.00 | 5874.00 | 0.00 |
| ACCOUNT NO.::<br>ROOSEVELT UNIVERSITY<br>COLLECTION SPECIALIST STUDENT ACCOUNTS<br>430 SOUTH MICHIGAN<br>CHICAGO, IL 60605 | | | 01/1998 – 05/1998<br>EDUCATIONAL<br>SERVICES | 4852.00 | 4852.00 | 0.00 |
| ACCOUNT NO.::<br>CHICAGO PUBLIC LIBRARY<br>400 SOUTH STATE<br>CHICAGO, IL 60605 | | | 08/2012 – 9/2012<br>LIBRARY LATE FEES | 3.00 | 3.00 | 0.00 |
| ACCOUNT NO.::<br>TCF BANK<br>801 MARQUETTE AVENUE<br>MINNEAPOLIS, MN 55402 | | | 01/2003 – 5/2004<br>BANKING SERVICES | 586.00 | 586.00 | 0.00 |
| ACCOUNT NO.::<br>SFMTA CUSTOMER SERVICE CENTER<br>11 SOUTH VAN NESS AVENUE<br>SAN FRANCISCO, CA 94103 | | | 12/2014 – 12/2014<br>TRANSPORTATION<br>CITATION | 160.00 | 160.00 | 0.00 |

B6E (OFFICIAL FORM 6E) (04/13) — CONT.

IN RE: FRANCES C. COX, DEBTOR                    CASE NUMBER: 15 — 17215

# SCHEDULE E — CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (CONTINUATION SHEET)

EXTENSIONS OF CREDIT IN AN INVOLUNTARY CASE — TYPE OF PRIORITY CLAIMS LISTED ON THIS SHEET

| | TOTAL | | |
|---|---|---|---|
| TOTALS | 38362.30 | 38362.30 | 0.00 |

6

B 6F (Official Form 6F) (12/07)

In re __FRANCES C. COX_____ ___,        Case No. __15 - 17215_____
            **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>IL DEPT UNEMPLOYMENT SECURITY (IDES), P.O. BOX 4385, CHICAGO, IL 60605 | | | 05/01/2009 - 05/01/2010 OVERPAYMENT OF UNEMPLOYMENT BENEFITS | | | | 3,612.00 |
| ACCOUNT NO.<br><br>DHS BUREAU OF COLLECTION., P.O. BOX 19502, SPRINGFIELD, IL 62794 - 9502 | | | 10/01/2009 - 10/01/2012 OVERPAYMENT OF FOOD STAMPS | | | | 7,049.00 |
| ACCOUNT NO.<br><br>ACS EDUCATION SERVICES, ATTN: BORROWER SERVICES DEPARTMENT, P.O. BOX 7051, UTICA, NY 13504 - 7051 | | | 03/15/1993 STUDENT LOAN - EDUCATIONAL SERVICES | | | | 1,696.00 |
| ACCOUNT NO.<br><br>ACS EDUCATION SERVICES, ATTN: BORROWER SERVICES DEPARTMENT, P.O. BOX 7051, UTICA, NY 13504 - 7051 | | | 03/07/1994 STUDENT LOAN - EDUCATIONAL SERVICES | | | | 2,625.00 |

                Subtotal▶   $    14,982.00

__5__ continuation sheets attached

                    Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __FRANCES C. COX_____,    Case No. __15 - 17215_____
                  **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> ILLINOIS DESIGNATED ACCT PURCHASE PROGRAM, 1755 LAKE COOK ROAD, DEERFIELD, IL 60015 - 0000 | | | 01/28/1999 AND 09/17/1998 STUDENT LOAN - EDUCATIONAL SERVICE | | | | 2,625.00 |
| ACCOUNT NO. <br><br> ILLINOIS DESIGNATED ACCT PURCHASE PROGRAM, 1755 LAKE COOK ROAD, DEERFIELD, IL 60015 - 0000 | | | 01/28/1999 AND 09/17/1998 STUDENT LOAN - EDUCATIONAL SERVICE | | | | 4,000.00 |
| ACCOUNT NO. <br><br> DEPT OF ED/GREAT LAKES PO BOX 530229 ATLANTA GA 303530229 | | | 06/07/2002 AND 11/30/2001, STUDENT LOAN, EDUCATIONAL SERVICES | | | | 15,092.00 |
| ACCOUNT NO. <br><br> DEPT OF ED/GREAT LAKES PO BOX 530229 ATLANTA GA 303530229 | | | 11/30/2001, STUDENT LOAN, EDUCATIONAL SERVICES | | | | 5,783.00 |
| ACCOUNT NO. <br><br> ILLINOIS DESIGNATED ACCT PURCHASE PROGRAM, 1755 LAKE COOK ROAD, DEERFIELD, IL 60015 - 0000 | | | 01/22/2004 AND 09/25/2003, STUDENT LOAN, EDUCATIONAL SERVICES | | | | 2,625.00 |

Sheet no. __1__ of __5__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 30,125.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (OFFICIAL FORM 6F) (12/07) – CONT.

IN RE: FRANCES C. COX, DEBTOR     CASE NUMBER: 15 – 17215

F.H.

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(CONTINUATION SHEET)

| CREDITOR'S NAME, MAILING ADDRESS, INCLUDING ZIPCODE, AND ACCOUNT NUMBER | C O D E B T O R | HUSBA ND, WIF E, JOIN T, OR CO MM UNI TY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.: ILLINOIS DESIGNATED ACCT PURCHASE PROGRAM, 1755 LAKE COOK ROAD, DEERFIELD, IL 60015 - 0000 | | | 09/25/2004 AND 01/22/2004 STUDENT LOAN EDUCATIONAL SERVICES | | | | 4000.00 |
| ACCOUNT NO.: ILLINOIS DESIGNATED ACCT PURCHASE PROGRAM, 1755 LAKE COOK ROAD, DEERFIELD, IL 60015 - 0000 | | | 09/09/2004 AND 01/20/2005 STUDENT LOAN EDUCATIONAL SERVICES | | | | 4000.00 |
| ACCOUNT NO.: ORIGINAL CREDITOR – ILLINOIS DESIGNATED ACCT PURCHASE PROGRAM, 1755 LAKE COOK ROAD, DEERFIELD, IL 60015 - 0000 | | | 09/09/2004 AND 01/20/2005 STUDENT LOAN EDUCATIONAL SERVICES | | | | 2625.00 |
| ACCOUNT NO.: NORTHEASTERN ILLINOIS UNIVERSITY 5500 NORTH SAINT LOUIS AVENUE CHICAGO, IL 606254699 | | | 10/30/2004, 01/22/2005, 09/09/2005, 01/20/2006 STUDENT LOAN EDUCATIONAL SERVICES | | | | 5000.00 |

1

B6F (OFFICIAL FORM 6F) (12/07) – CONT.

IN RE: FRANCES C. COX, DEBTOR          CASE NUMBER: 15 – 17215

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(CONTINUATION SHEET)

| | | | |
|---|---|---|---|
| ACCOUNT NO.: ORIGINAL CREDITOR – ILLINOIS DESIGNATED ACCT PURCHASE PROGRAM, 1755 LAKE COOK ROAD, DEERFIELD, IL 60015 - 0000 | | 09/08/2005 AND 01/19/2006 STUDENT LOAN EDUCATIONAL SERVICES | 3500.00 |
| ACCOUNT NO.: ILLINOIS DESIGNATED ACCT PURCHASE PROGRAM, 1755 LAKE COOK ROAD, DEERFIELD, IL 60015 - 0000 | | 09/08/2005 AND 01/19/2006 STUDENT LOAN EDUCATIONAL SERVICES | 4000.00 |
| ACCOUNT NO.: EDFINANCIAL SERVICES 120 N SEVEN OAKS DR KNOXVILLE, TN 37922 | | 09/07/2006 STUDENT LOAN EDUCATIONAL SERVICES | 1724.00 |
| ACCOUNT NO.: EDFINANCIAL SERVICES 120 N SEVEN OAKS DR KNOXVILLE, TN 37922 | | 09/07/2006 STUDENT LOAN EDUCATIONAL SERVICES | 2867.00 |
| ACCOUNT NO.: NAVIENT SOLUTIONS, INC. 220 LASLEY AVE WILKES-BARRE, PA 18706 | | 08/17/2006 STUDENT LOAN CONSOLIDATION EDUCATIONAL SERVICES | 21599.00 |
| ACCOUNT NO.: EDFINANCIAL SERVICES 120 N SEVEN OAKS DR KNOXVILLE, TN 37922 | | 01/18/2007 AND 03/08/2007 STUDENT LOAN EDUCATIONAL SERVICES | 2867.00 |
| ACCOUNT NO.: EDFINANCIAL SERVICES 120 N SEVEN OAKS DR KNOXVILLE, TN 37922 | | 01/18/2007 AND 03/08/2007 STUDENT LOAN - STAFFORD UNSUBSIDIZED EDUCATIONAL SERVICES | 3781.00 |

2

B6F (OFFICIAL FORM 6F) (12/07) – CONT.

IN RE: FRANCES C. COX, DEBTOR          CASE NUMBER: 15 – 17215

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (CONTINUATION SHEET)

| | | TOTAL |
|---|---|---|
| ACCOUNT NO.:<br>NORTHEASTERN ILLINOIS UNIVERSITY<br>5500 NORTH SAINT LOUIS AVENUE<br>CHICAGO, IL 606254699 | 07/07/2007, 09/07/2007, 01/18/2008<br>STUDENT LOAN – FEDERAL PERKINS<br>EDUCATIONAL SERVICES | 3000.00 |
| ACCOUNT NO.:<br>AMERICAN EDUCATION SERVICES<br>PO BOX 2461<br>HARRISBURG, PA 171052461 | 09/06/2007 AND 01/16/2008<br>STUDENT LOAN – STAFFORD<br>UNSUBSIDIZED<br>EDUCATIONAL SERVICES | 6065.00 |
| ACCOUNT NO.:<br>AMERICAN EDUCATION SERVICES<br>PO BOX 2461<br>HARRISBURG, PA 171052461 | 09/06/2007 AND 01/17/2008<br>STUDENT LOAN – STAFFORD SUBSIDIZED<br>EDUCATIONAL SERVICES | 1911.00 |
| ACCOUNT NO.:<br>JPMORGAN CHASE BANK, NA<br>PO BOX 711004<br>COLUMBUS, OH 432711004 | 01/27/2009 AND 03/12/2009<br>STUDENT LOAN – STAFFORD<br>UNSUBSIDIZED<br>EDUCATIONAL SERVICES | 5000.00 |
| ACCOUNT NO.:<br>UNIVERSITY OF CALIFORNIA, BERKELEY<br>200 CALIFORNIA HALL<br>BERKELEY, CA 947201520 | 01/17/2013<br>STUDENT LOAN – FEDERAL PERKINS<br>EDUCATIONAL SERVICES | 2000.00 |
| ACCOUNT NO.:<br>DEPT OF ED/GREAT LAKES<br>PO BOX 530229<br>ATLANTA, GA 303530229 | 08/13/2012<br>STUDENT LOAN – DIRECT STAFFORD<br>UNSUBSIDIZED<br>EDUCATIONAL SERVICES | 5066.00 |
| | TOTAL | 124,112.00 |

3